


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:

ASSESSOR PARCEL NUMBER 195-200-33
FRESNO COUNTY
Miramonte, California

CASE NO. 1:13SW-00210-SAB

ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE

UNDER SEAL

The United States of America having applied to this Court for an order permitting its agents to destroy any bulk marijuana seized in connection with the execution of a search warrant in this matter pursuant to duly authorized search warrants, and good cause appearing therefor;

IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the investigation of this matter are authorized to destroy any bulk marijuana plants seized in this case after they are counted and, if possible, weighed, after the entire cultivation site is photographed and/or videotaped, and after a representative sample consisting of no more than three kilograms and a sample aggregate portion of the whole amount is retained for chemical testing.

/////

/////

/////

1

IT IS FURTHER ORDERED that the government's application and this order for destruction shall be SEALED until further order of the Court.

Dated: August __14__, 2013.

_____
HONORABLE STANLEY A. BOONE
United States Magistrate Judge